UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| JAMES VINES, ) | |
| ) | Case No. 1:22-cv-178 |
| *Plaintiff*, ) | |
| ) | Judge Travis R. McDonough |
| v. ) | |
| ) | Magistrate Judge Christopher H. Steger |
| WASHINGTON COUNTY JAIL, ) | |
| ) | |
| *Defendant*. ) | |

## JUDGMENT ORDER

In accordance with the memorandum opinion entered herewith, Plaintiff's complaint fails to state a claim upon which relief may be granted under 42 U.S.C. § 1983, and it is **DISMISSED** pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A.

Because the Court **CERTIFIED** in its memorandum opinion that any appeal from this action would not be taken in good faith and would be totally frivolous, Plaintiff is **DENIED** leave to proceed *in forma pauperis* on any subsequent appeal. 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24.

The Clerk is **DIRECTED** to close this file.

**SO ORDERED.**

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
　s/ LeAnna R. Wilson
　CLERK OF COURT